UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANGELA MARIE HEADEN,
    Plaintiff,

vs.

MARGARET LANZA, et al.,
    Defendants.

Case No. 1:13-cv-726

Weber, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on the motion of non-party the United States of America (the government) to substitute Eric K. Shinseki, Secretary of the United States Department of Veterans Affairs, for the named defendants. (Doc. 13). Plaintiff has not filed any opposition to the motion. In her complaint, plaintiff alleges that several employees at the Cincinnati Veterans Affairs Medical Center retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* (Doc. 3). The government asserts that plaintiff has improperly named the individual employees as defendants and that the proper defendant is the head of the pertinent department, Eric K. Shinseki. (Doc. 13) (citing 42 U.S.C. § 2000e-16(c)). The government's assertion is well-taken. *See Hancock v. Egger*, 848 F.2d 87, 89 (6th Cir. 1988) (only the heads of a department, agency, or unit are properly names as defendants in Title VII actions involving federal employment). Accordingly, for good cause shown and in the absence of any objection by plaintiff, the government's motion to substitute the Secretary of the United States Department of Veterans Affairs for the named defendants (Doc. 13) is **GRANTED**.

    IT IS SO ORDERED.

Date: 3/20/14

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge